**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

| | |
|---|---|
| SHERIE PLETSCH, individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) |
| | ) Case No. 1:22-cv-02084 |
| Plaintiff, | ) Honorable Judge Andrea Wood |
| v. | ) Magistrate Judge Maria Valdez |
| ROUNDY'S SUPERMARKETS INC. and ROUNDY'S ILLINOIS, LLC, d/b/a MARIANO'S, | ) ) ) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF
ROUNDY'S ILLINOIS, LLC d/b/a MARIANO'S**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Roundy's Illinois, LLC d/b/a Mariano's hereby states:

1. Roundy's Illinois, LLC is a Wisconsin limited liability company and its sole member is Roundy's Supermarkets, Inc.

2. Roundy's Supermarkets, Inc. is a Wisconsin corporation and wholly owned by Roundy's Acquisition Corp.

3. Roundy's Acquisition Corp. is a Delaware corporation and wholly owned by Roundy's, Inc.

4. Roundy's Inc. is a Delaware Corporation and wholly owned by the Kroger Co.

5. The Kroger Co. is a publicly-held corporation, organized under the laws of the state of Ohio.

Dated:  May 20, 2022                                Respectfully submitted,
                                                    **ROUNDY'S ILLINOIS, LLC, d/b/a MARIANO'S**

                                                    By: /s/ *Andrew D. Welker*
                                                           One of its Attorneys

Andrew D. Welker
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Fax: (312) 787-4995
Andrew.Welker@jacksonlewis.com

David K. Montgomery (*Pro Hac Vice* to be filed)
Ryan M. Martin (*Pro Hac Vice* to be filed)
Jamie M. Goetz-Anderson (*Pro Hac Vice* to be filed)
JACKSON LEWIS P.C.
PNC Center, 26thFloor
201 E. Fifth Street
Cincinnati, OH 45202
Telephone: (513) 898-0050
Facsimile: (513) 898-0051
David.Montgomery@jacksonlewis.com
Ryan.Martin@jacksonlewis.com
Jamie.Goetz-anderson@jacksonlewis.com

Eric R. Magnus (*Pro Hac Vice* to be filed)
JACKSON LEWIS P.C.
171 17th Street NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Fax: (404) 525-1173
Eric.Magnus@jacksonlewis.com

*Counsel for Defendants*
*Roundy's Supermarkets, Inc. and*
*Roundy's Illinois, LLC, d/b/a Mariano's*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 20, 2022, he caused a true and correct copy of the foregoing to be filed with the Court by electronic filing protocols, and that the same will therefore be electronically served upon all attorneys of record registered with the Court's CM/ECF system.

/s Andrew D. Welker

4889-2845-1105, v. 1